**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.:  13-CV-02314-RPM-MEH

NETFRONTS, INC., a Utah corporation,

      Plaintiff,

v.

WEBUYHOSTS, INC., a Washington corporation, and NATHAN OULMAN d/b/a ALL RESELLER, INC.,

      Defendant,

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, Plaintiff NetFronts Inc. ("NetFronts"), through counsel, respectfully submits the following corporate disclosure statement.

NetFronts is a privately-held corporation with no parent entities. No publicly-held entity owns ten percent or more of NetFronts' stock.

Dated this 6th day of September, 2013.

Respectfully submitted,

By: /s/ Ryan E. Warren
    Ryan E. Warren, #33605
    Thomas H. Wagner, #38135
    Polsinelli PC
    1515 Wynkoop, Suite 600
    Denver, CO 80202
    Telephone:  303.572.9300
    Facsimile:  303.572.7883
    Email:  rwarren@polsinelli.com
          twagner@polsinelli.com