# Thomas Wagner

| | |
|---|---|
| **From:** | Thecrazedking@aol.com |
| **Sent:** | Wednesday, December 22, 2010 5:19 PM |
| **To:** | Chris Marks |
| **Subject:** | Logins for 2checkout webhosting billing whmcs panel/billing systems |

Dedicated customer paid 1 year 2400 dec-dec 2011 prorated 2200 to you subtract on balance due.
Total reserve hold back at 2checkout is **4033.57 add to balance due in 30 days**
You will want to login and change all the bank info to yours so the deposits come into your account and contact info.
2checkout login in's
1. 30223 ▆▆▆▆
2. 18627 ▆▆▆▆
3. 49360 ▆▆▆▆
4. 91803 ▆▆▆▆
5. 31696 ▆▆▆▆
6. 46728 ▆▆▆▆
7. 33993 ▆▆▆▆
8. 16257 ▆▆▆▆
9. 67536 ▆▆▆▆
10. 15191 ▆▆▆▆
11. 143101 ▆▆▆▆
12. 51794 ▆▆▆▆
13. 110316 ▆▆▆▆
14. sales@spuri.com ▆▆▆▆

**whmcs.com**
cj_Salter@pc-core.net
▆▆▆▆

**enom.com**
dayem163
▆▆▆▆

paypal
thecrazedking@aol.com
▆▆▆▆
payment@abnhosting.com
▆▆▆▆
admin@mphosting.net
▆▆▆▆

contact@intersabre.com > as they cancel they need to resign up thru a billing system, paypal wont open the account back up so we have been moving them over by the cancel from the system
▆▆▆▆

sales@livehost.net > zac has the spreadsheet for livehost customers it needs audited
▆▆▆▆

EXHIBIT B

bryanesposito@gmail.com
███████

http://secure.allreseller.com/admin/login.php
Nathan O
███████

http://secure.tagbridge.net/admin/
User: nathan
Pass: ███████

http://billing.mphosting.net/ will need zac reset it
user: adminwebuyhosts
I have the pass saved, and don't know what it is

http://clients.jetnethost.com/admin/
user: Nate
pass: ███████

http://secure.anrhost.com/billing/  need to have zac reset it
user: mbANRHost
I have the pass saved, and don't know what it is

http://cheapwebhost.us/accounts/admin/ will need zac to reset it
I don't have any login info for this

http://livehost.net/wap/admin/
user: admin
pass: ███████

http://abnhosting.com/admin/
user: nate
pass: ███████

Let me know if there are any other logins you need, iam drawing a blank right now,