IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02314-RPM-MEH

NETFRONTS, INC., a Utah corporation,,

    Plaintiff,

v.

WEBUYHOSTS, INC., a Washington corporation and
NATHAN OULMAN, d/b/a ALL RESELLER, INC.,

    Defendants.

_____

### ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Upon review of the file and pursuant to this Court's case management procedures, it is

ORDERED that the Order of Reference to Magistrate Judge Michael E. Hegarty, entered August 29, 2013 [4], is vacated. It is

FURTHER ORDERED that the Scheduling Conference set for December 18, 2013 is vacated.

DATED: November 25th, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge