IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02314-RPM-MEH

NETFRONTS, INC., A UTAH CORPORATION, A RESIDENT OF COLORADO

    Plaintiff(s)

v.

WEBUY HOSTS, INC., A WASHINTON CORPORATION, AND
NATHAN OULMAN

    Defendant(s)/Third-Party Plaintiff

CHRIS MARKS, A RESIDENT OF COLORADO

    Third-Party Defendant

_____

**DEFENDANT NATHAN OULMAN'S VOLUNTARY DISMISSAL OF CLAIMS
AGAINST CHRIS MARKS PURSUANT TO FED. R. CIV. P. 41(C)**
_____

Defendant Nathan Oulman ("Defendant") submits his Voluntary Dismissal of Claims Against Chris Marks Pursuant to Fed. R. Civ. P. 41(c).

Pursuant to Fed. R. Civ. P. 41(c), Defendant Nathan Oulman voluntarily dismisses his Third-Party Complaint and associated claims against Third-Party Defendant Chris Marks.

Respectfully submitted December 21, 2013.

By:  /s/ Damian Stone
 3570 E. 12th Avenue, Suite 200
 Denver, Colorado 80206
 ds@damianstonelaw.com
 720-684-4371

## CERTIFICATE OF SERVICE

*Served on December 21, 2013 via ECF and addressed to the following:*

*Attorneys for Netfronts, Inc.*

Ryan Warren, Esq.
Thomas Wagner, Esq.
Polsinelli PC
1515 Wynkoop, Suite 600
Denver, CO 80202

☐ Fax   ☐ Mail   ☐ Delivery   ☒ ECF

/s/ Damian Stone
3570 E. 12th Avenue, Suite 200
Denver, Colorado 80206
720-684-4371