# AFFIDAVIT OF NATHAN OULMAN

I, Nathan Oulman, have personal knowledge of the following and swear under oath that the following is true

1. I am the corporate officer for WeBuyHosts, Inc.

2. The APA attached to Netfronts' Motion to Dismiss is not the authentic APA signed by the parties. In fact, the document attached to the Motion to Dismiss is missing the exhibits and attachments that are referenced in the document and incorporated into its terms. Thus, the APA attached to the Motion to Dismiss does not represent the final contract entered by the Parties.

3. WeBuyHosts, Inc. sold its assets to Netfronts and Mr. Marks through a contractual agreement entered in December 2010 ("APA") between WeBuyHosts, Inc. and Netfronts.

4. The term "Reseller" used in the APA is a/k/a WeBuyHosts, Inc.

5. I never operated a business called Reseller. The use of the word "Reseller" referred to WeBuyHosts Inc. rather than some separate entity or d/b/a.

6. The only contract that was ever entered into with Netfronts was between Netfronts and Webuy Hosts Inc.

7. Mr. Marks and Netfronts contacted me regarding for the sole purpose of buying WeBuyHosts, Inc.

8. In fact, Mr. Marks and Netfronts sent me the attached emails during the purchase of WeBuyHosts that state in the subject line "webuyhosts inc. for sale." (Emails, Ex. A)

9. As part of the sales, Netfronts and Mr. Marks were required to transfer WeBuyHosts' clients and run those clients' payments thru the Netfront's accounts.

EXHIBIT 1

10. WeBuyHost's had a significant amount of customer subscriptions that operated through my PayPal Account. WeBuyHost's customers would pay for services directly through my PayPal Account.

11. After the sale of WeBuyHosts' assets, Mr. Marks and Netfronts asked me to leave WeBuyHost's merchant account process in place for January 2012 and the financial proceeds from the account would go against the final payment to Mr. Marks.

12. The merchant account was established under WeBuyHost's tax number. Netfronts and Mr. Marks did not acquire, nor did the APA sell, my Social Security Number or my PayPal Account.

13. After the sale of WeBuyHosts' assets, Netfronts and Mr. Marks' were given temporary access to my PayPal Account to manually <u>cancel</u> the subscriptions and <u>shift</u> the subscriptions to Netfront's PayPal Account.

14. To accomplish the transfer, Netfronts and Mr. Marks only had to send an email to each customer that provided a link to Netfronts and/or Mr. Marks' PayPal Account.

15. In January 2013, Netfronts and Mr. Marks, however, decided against changing the subscriptions.. Instead, without WeBuyHosts Inc.'s or my knowledge, Netfronts and Mr. Marks went into my PayPal Account and changed the bank account where PayPal would deposit the customers' payments.

16. Without my knowledge, Netfronts and Mr. Marks inputted their bank account information to receive the customers' subscription payments. In addition, Netfronts and Mr. Marks then stole my PayPal Account and exerted control over the account going forward to the exclusion of me without my authorization.

Marks then stole my PayPal Account and exerted control over the account going forward to the exclusion of me without my authorization.

17. A PayPal Account is established and identified with someone's Social Security Number.

STATE OF Idaho        )
                      ) ss.
COUNTY OF Bonner      )

I declare under oath that the foregoing information is true and correct.

Dated on: Dec 31, 13        _____
                                    Name

Subscribed and sworn before me, this 31 day of December, 2013.

_____
Notary Public

3