IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02314-RPM-MEH

NETFRONTS, INC., A UTAH CORPORATION, A RESIDENT OF COLORADO

    Plaintiff(s)

v.

WEBUY HOSTS, INC., A WASHINTON CORPORATION, AND
NATHAN OULMAN

    Defendant(s)/Third-Party Plaintiff

CHRIS MARKS, A RESIDENT OF COLORADO

    Third-Party Defendant

---

### AFFIDAVIT OF DAMIAN STONE, ESQ.

---

State of Colorado    )
                          ) ss.
County of Denver   )

I, Damian Stone, Esq., duly sworn and upon oath state as follows:

    (1).    For the following reasons, I, on behalf of WeBuy Hosts, Inc. and Nathan Oulman ("Defendants"), require additional time to obtain evidence to rebut Plaintiff's Motion for Summary Judgment.

    (2).    I have had <u>no</u> opportunity to conduct discovery to rebut Plaintiff's Motion.

    (3).    I need to take the deposition of Netfronts and Chris Marks, the owner of Netfronts, to obtain additional facts to support Defendants' claims and rebut Plaintiff's arguments. In addition, I need to take the deposition of the Netfront's employees in charge of the billing systems and procedure employed by Netfronts, which are central to Defendants' claim.



EXHIBIT 2

(4).     In addition, Defendants intend to request the production of electronic data relating to emails sent and received by Chris Marks and Netfronts.

(5).     Thus, Plaintiff cannot present by affidavit facts essential to rebut Plaintiff's Motion for Summary Judgment.

THE LAW OFFICE OF DAMIAN STONE

*Damian Stone*

Damian S. Stone, Reg. No. 34587
3570 E. 12th Avenue, Suite 200
Denver, Colorado 80206
Telephone: (720) 684-4371

*Gwendolyn Kay Moder*
Notary Public

Exp. 4-16-2014