chris marks
Sorry at bottom there is crappy copy over due to many copied emails , but there is some good stuff in this file, also here is more webuyhosts inc proof "
Here is the APA - it needs a couple things from you for me to finish it - your address and corporate structure (LLC, C Corp, etc). Lao review the list of equipment and licenses to be sure they are all in there. The document is written to be inclusive of everything needed, so if it's not in there it isn't excluded - but we have to sign more crap later. I'm hoping we can get the APA signed the 8th and close the 22nd if that works for you.

RE: webuyhosts inc for sale
Chris Marks to you show details
We have 223k of revenue - 8k of equipment, and I think that is prob being generous - most servers we found on ebay for under $200. Cpanelhosting.net doesn't have any particular value for us to be honest without the .com - it doesn't make any sense to brand it and not own .com. I'm not sure we're willing to pay any premium for webuyhosts as well - we could get a similar name and do the same thing - I'm not sure the domain itself has any intrinsic value. I'd prefer not be doing this piecemeal - but if the names have significant value to you, we can just reduce our price accordingly. We are coming in at 235k, which we feel includes some extra above the value of the servers etc.


From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Wednesday, December 22, 2010 11:01 AM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

yep, it just posted, let me call zac have him send you the spreadsheet, ill send over all the billing stuff. Let me run any billings from last night at imagelink. I have 30 personal domains i need to push to my own enom account .I need to send off the letters to each center , what email did you want all billings to show up at? Ill have all this done around lunch , theres some open billing tickets at the helpdesk i will clear out.
In a message dated 12/22/2010 7:56:55 A.M. Pacific Standard Time, Chris.Marks@netfronts.com writes:
Let me know when it hits so we can start the final transition of things. We are still a couple days from a new merchant account w/ Rey for imagelink. We can either point it to our bank account until then or just deduct the amount from the next payment. What is your preference?

Regards,
Chris

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Tuesday, December 21, 2010 2:41 PM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

Tomorrow after the wire , i will clear out the paypal accounts, 2checkout will batch tomorrow afternoon and deposit on Friday , we will need to go into each account and add up the reserve so we can add that to the balance due in 30 days, i will pay each center prorated bills thru dec 24th , and have them issue you new bills from that day on .I will be around for a while to assist you guys in billing issues. Plus you have zac and he knows everything. I will send you the email with logins for each paypal and 2checkout account , imagelink billing etc.

In a message dated 12/20/2010 9:52:48 A.M. Pacific Standard Time, Chris.Marks@netfronts.com writes:
Back from vacation - here are the signature pages for the APA. Did you send me your bank acct info yet? I looked quickly but didn't see it. I need everything for a wire, your bank can prob just kick a doc with it out for you. Can you send me a couple logins/ips for Jayme to check some machines out? Doesn't have to be root,

# EXHIBIT 3

EXHIBIT A

chris marks
but enough that he can look around at accounts. We're all set for Wed otherwise.

Chris

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Friday, December 10, 2010 4:57 PM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

faxed

In a message dated 12/8/2010 3:28:02 P.M. Pacific Standard Time,
Chris.Marks@netfronts.com writes:
801-991-8889. Thanks!

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Wednesday, December 08, 2010 3:59 PM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

looking thru it now, what fax number did you want it sent too?

In a message dated 12/6/2010 2:53:48 P.M. Pacific Standard Time,
Chris.Marks@netfronts.com writes:
Here is the APA - it needs a couple things from you for me to finish it - your address and corporate structure (LLC, C Corp, etc). Lao review the list of equipment and licenses to be sure they are all in there. The document is written to be inclusive of everything needed, so if it's not in there it isn't excluded - but we have to sign more crap later. I'm hoping we can get the APA signed the 8th and close the 22nd if that works for you.

Chris

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Thursday, December 02, 2010 3:11 PM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

ok no problem.

In a message dated 12/2/2010 10:22:46 A.M. Pacific Standard Time,
Chris.Marks@netfronts.com writes:
Still waiting for him - lawyers..taking their sweet time.

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Tuesday, November 30, 2010 1:52 PM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

ok no problem just checking in, talk soon
In a message dated 11/30/2010 12:49:33 P.M. Pacific Standard Time,
Chris.Marks@netfronts.com writes:
Sorry, sent it to the lawyer this AM, hopefully he'll have it back to me tomorrow so I can send it on

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Tuesday, November 30, 2010 10:53 AM
To: Chris Marks
Subject: Re: webuyhosts inc for sale

Hello
Let me know when you have the contract so i can read over it, and we can close in 3

```
                              chris marks
weeks or so, thank you

In a message dated 11/15/2010 8:46:22 A.M. Pacific Standard Time,
Chris.Marks@netfronts.com writes:
We have 223k of revenue - 8k of equipment, and I think that is prob being generous -
most servers we found on ebay for under $200. Cpanelhosting.net doesn't have any
particular value for us to be honest without the .com - it doesn't make any sense to
brand it and not own .com. I'm not sure we're willing to pay any premium for
webuyhosts as well - we could get a similar name and do the same thing - I'm not
sure the domain itself has any intrinsic value. I'd prefer not be doing this
piecemeal - but if the names have significant value to you, we can just reduce our
price accordingly. We are coming in at 235k, which we feel includes some extra
above the value of the servers etc.

The anrhost.com thing definitely needs to get resolved asap. Lets talk about SEO
outside of this - send me prices etc, I'll let you know what we think is fair etc.

From: Thecrazedking@aol.com [mailto:Thecrazedking@aol.com]
Sent: Sunday, November 14, 2010 3:29 PM
To: Chris Marks
Subject: Re: webuyhosts inc for sale
```

so i guess even if we put a value of 300 per server , and with domains like
cpanelhosting.net, webuyhosts,
does 240k sound good?, iam getting about 225k revenue value and with servers,
certain domains and all the seo work ive done for allreseller. Also Did you want to
pay me to work for you on seo every month ? I can do any brands you have, and
webuyhosts for more leads for buy outs. Plus id like to set up packages on a website
for your clients that need it done . what did we need to get the paperwork going and
completed?

Also Things i dont want to forget to mention so we are on the same page.
the servers we have left at LW are on servercorp nameservers which i dont own. when
you move those youll need to have them move to a pair of dailydns or your own set of
nameservers. This will be best anyways to cut back on one less pair of nameservers.
Another thing iam trying to get is the anrhost.com domain, i bought this company 2.5
years ago and i think the owner died. Last time i talked to his friend he was on
life support . I will call his relatives and see about getting it over to our enom
account.

In a message dated 11/5/2010 7:49:02 A.M. Pacific Daylight Time,
Chris.Marks@netfronts.com writes:
ated 11/2/2010 3:07:50 P.M. Pacific Daylight Time, Chris.Marks@netfronts.com writes:
G3Tech:

```
Shared/Reseller servers:
server1 - dual xeon 3.0 - 4gb ram - 2x 250gb
server2 - same as server1
server3 - xeon 2.6 - 3gb ram - 2x 250gb
server4 - xeon 3.2 - 2gb ram - 2x 250gb
Atom - xeon 3.2 - 3gb ram - 2x 500gb
delta - P4 2.8 - 2gb ram - 2x 250gb
zeta - same as delta


Dedicated servers:
#1 - P4 3.0 - 1gb ram - single 80gb drive
#2 - dual xeon 2.8 - 3gb ram - 2x 160gb
#3 - P4 3.0 1gb ram - 1x 120gb and 1x 80gb (will have mem upgraded)
#4 - dual xeon 3.0 - 2gb ram - 2x 250gb

4 new dell servers
2.66 ghz dual xenon 4 gigs ram, 2-500 gig drives
```

chris marks