IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02314-RPM

NETFRONTS, INC., a Utah corporation,

    Plaintiff,

v.

WEBUYHOSTS, INC., a Washington corporation and
NATHAN OULMAN, d/b/a ALL RESELLER, INC.,

    Defendants.

---

## ORDER

Upon consideration of the court record and the defendants' motion to strike the plaintiff's reply brief or, in the alternative, for leave to file a sur-reply [#37], it is

ORDERED that the defendants' motion for leave to file a sur-reply is granted. The deadline for the filing of the defendants' sur-reply is April 25, 2014.

After the filing of the sur-reply, a hearing on the plaintiff's motion to dismiss [#23] will be scheduled in consultation with counsel.

Date: April 14, 2014

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge