# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                 May 20, 2014
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 13-cv-02314-RPM

NETFRONTS, INC., a Utah corporation,                                    Ryan E. Warren

      Plaintiff,

v.

WEBUYHOSTS, INC., a Washington corporation and                          Damian S. Stone
NATHAN OULMAN, d/b/a ALL RESELLER, INC.,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**10:29 a.m.**      **Court in session.**

Court's preliminary remarks.

Mr. Stone states defendant agrees that Exhibit B [35-2] filed is a copy of the contract.
Counsel state they were not involved in the drafting of the contract.

Argument by Mr. Warren.
Mr. Warren states Netfronts, Inc. is still in business.

Argument by Mr. Stone.
Mr. Stone states defendant Oulman anticipates filing bankruptcy (Weybuyhosts, Inc. exists as an entity but no assets).

Rebuttal argument by Mr. Warren.

**ORDERED:**  **Plaintiff's Motion to Dismiss [23], is denied.**
                  **Scheduling conference to be set.**

**11:04 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 35 min.