IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02314-RPM

NETFRONTS, INC., a Utah corporation,

    Plaintiff,

v.

WEBUYHOSTS, INC., a Washington corporation and
NATHAN OULMAN, d/b/a ALL RESELLER, INC.,

    Defendants.
_____

ORDER FOR STATUS REPORT
_____

    On July 4, 2014, a Notice of Bankruptcy Case Filing was submitted to this court indicating that Nathan J. Oulman filed a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the District of Idaho.  Accordingly, the proceeding in this case must be stayed as to Nathan Oulman.  WEBUYHOSTS, INC., is an additional party in this case and has filed counterclaims to which the plaintiff has not responded.  It is now

    ORDERED that counsel shall submit a status report by August 14, 2014, and indicate how they wish to proceed in this case as to WEBUYHOSTS, INC.

    DATED:   July 25th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge