IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02314-RPM

NETFRONTS, INC., a Utah corporation,

      Plaintiff,

v.

WEBUYHOSTS, INC., a Washington corporation and
NATHAN OULMAN, d/b/a ALL RESELLER, INC.,

      Defendants.
_____

### ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation of Dismissal with Prejudice [46] filed today, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

      DATED:   September 12th, 2014

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge